[No. 19679-4-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
P. DELESDERNIER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 94-1-00353-9, H. John Hall, J., entered June
14, 1995. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 19756-1-II.    Division Two.    March 28, 1997.]

MARY KATHERINE KUEHN, *Appellant*, v. TERESA J.
BEATTIE, *Respondent*.

TERESA J. BEATTIE, *Appellant* v. MARY KATHERINE
KUEHN, *Respondent*.

Appeals from a judgment of the Superior Court for
Thurston County, No. 93-2-01329-6, Rosanne Buckner, J.,
entered June 20, 1995. *Reversed* by unpublished opinion
per Houghton, C.J., concurred in by Armstrong and Hunt,
JJ.

[No. 19903-3-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. NATASHI
THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-8-00993-7, Karen L. Strombom, J., entered
July 24, 1995. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 19905-0-II.    Division Two.    March 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-02351-9, Nile E. Aubrey, J., entered
September 7, 1995. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Morgan and Hunt, JJ.